**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Former Attorney for Defendant,
ROBERTO ALFONZO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00103-None |
| Plaintiff, | |
| vs. | ORDER TO RECONVEY PROPERTY BOND |
| ROBERTO ALFONZO GOMEZ, | |
| Defendant. | |

TO THE ABOVE COURT:

On May 22, 2014, the Honorable Sheila K Oberto ordered an Appearance and Compliance Bond secured by a Deed of Trust for $25,000.00 for the Pre-Trial Release of Defendant Roberto Alfonzo Gomez.

That same day, May 22, 2014, Alfredo Carriel posted a copy of the Deed of Trust #2014-14944 and the Original Straight Note on behalf of Defendant Roberto Alfonzo.

All requirements of the property bond having been met and in agreement with Assistant United States Attorney Kathleen Servatius, the property may be reconveyed to the owners upon order by the Court.

//

//

It is hereby requested by all concerned parties that the property posted as the Appearance and Compliance Bond as to Defendant Roberto Alfonzo Gomez, Deed of Trust #2014-014944 be reconveyed to the owners of the property.

Dated: March 5, 2020     /s/*Carol Ann Moses*
CAROL ANN MOSES
Former Attorney for Defendant
ROBERTO ALFONZO GOMEZ

## ORDER

GOOD CAUSE APPEARING, the above request by all concerned parties that the property posted as the Appearance and Compliance Bond as to Defendant Roberto Alfonzo Gomez, Deed of Trust #2014-014944 be reconveyed to the owners of the property is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: **March 5, 2020**     _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE